Julian Watson AIKEN and Mrs. Julian
Watson Aiken, Appellants,

v.

UNITED STATES of America,
Appellee.

No. 19255.

United States Court of Appeals
Fifth Circuit.

March 30, 1962.

Reuben A. Garland, Pierre Howard, Atlanta, Ga., for appellants.

J. Robert Sparks, Asst. U. S. Atty., Charles L. Goodson, U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., for appellee.

Before CAMERON and BELL, Circuit Judges, and CARSWELL, District Judge.

PER CURIAM.

The District Court after full hearing on the respective motions to vacate sentence entered its findings and conclusions with its order of denial and set forth fully and clearly the reasons for such denial. This appears in 203 F.Supp. 569. We agree with the District Court that the pleas of guilty of these defendants were given free of coercion in any form. We adopt the opinion of the District Court and its order is

Affirmed.

Spencer BLAKEY, Sr., et al., Appellants

v.

Haryold C. DOYLE et al.

No. 16880.

United States Court of Appeals
Eighth Circuit.

March 20, 1962.

Rehearing Denied April 20, 1962.

Norman Jaquith, Vermillion, S. D., for appellants.

James T. Goetz, Yankton, S. D., for Ed "Babe" Sampson.

Frank J. Brady, Yankton, S. D., for Henry Huntley & Charles Huntley.

Ellsworth E. Evans, Sioux Falls, S. D., for H. C. Doyle.

Appeal from District Court dismissed as moot.

Mary B. HEYWARD, and John T. Heyward and Haidee M. Heyward,
Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8509.

United States Court of Appeals
Fourth Circuit.

Argued April 5, 1962.

Decided April 9, 1962.

Robert W. Hemphill, Chester, S. C. (Paul Hemphill and Paul Hemphill, Jr., Chester, S. C., on brief), for petitioners.

Stephen B. Wolfberg, Attorney, Department of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson and Robert N. Anderson, Attorneys, Department of Justice, on brief), for respondent.

Before SOBELOFF, Chief Judge, and SOPER and BOREMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the Tax Court. Mary B. Heyward, 36 T.C. 739 (July 28, 1961).

Affirmed.